UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR14-042-RSL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| STEPHANIE M. BAUBLITS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:        Bank Fraud; Conspiracy; Aggravated Identity Theft

<u>Date of Detention Hearing</u>:    June 5, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.        Defendant was arrested in the Western District of Arkansas on the instant

DETENTION ORDER
PAGE -1

01  charges, ordered detained, and transferred to this District.   She does not contest detention.

02      2.      There is currently an active felony warrant outstanding in Maricopa County,

03  Arizona, for similar charges.   A felony warrant is also outstanding in Clallum County,

04  Washington alleging failure to appear.   A non-extraditable warrant has also been identified

05  originating in Los Angeles County.

06      3.      Defendant poses a risk of financial danger based on the instant charges and

07  similar previous charged.   She poses a risk of nonappearance based on felony warrants and

08  insufficient information relating to residence, family and employment history.

09      4.      There does not appear to be any condition or combination of conditions that will

10  reasonably assure the defendant's appearance at future Court hearings while addressing the

11  danger to other persons or the community.

12  It is therefore ORDERED:

13      1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

14          General for confinement in a correction facility separate, to the extent practicable, from

15          persons awaiting or serving sentences or being held in custody pending appeal;

16      2.  Defendant shall be afforded reasonable opportunity for private consultation with

17          counsel;

18      3.  On order of the United States or on request of an attorney for the Government, the

19          person in charge of the corrections facility in which defendant is confined shall deliver

20          the defendant to a United States Marshal for the purpose of an appearance in connection

21          with a court proceeding; and

22      4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

DETENTION ORDER
PAGE -2

01     for the defendant, to the United States Marshal, and to the United State Pretrial Services

02     Officer.

03     DATED this <u>5th</u> day of June, 2014.

04

05                                              Mary Alice Theiler

06                                            Chief United States Magistrate Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3