| | |
|---|---|
| | Judge Lasnik |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>      v.<br><br>JONATHAN BOOTHE and<br>STEPHANIE BAUBLITS,<br>              Defendants. | NO. CR14-042RSL<br><br>ORDER CONTINUING TRIAL DATE |

     THE COURT has considered the stipulated motion filed by the parties requesting a continuance of the trial date (Dkt. # 65) and Defendants' knowing and voluntary waivers (Dkt. # 61, Dkt. # 64).

     In light of the circumstances that are presented in the motion, THE COURT finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). THE COURT also finds that the failure to grant a continuance of the trial date would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i). THE COURT also finds that this case is sufficiently complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section, 18 U.S.C. § 3161(h)(7)(B)(ii). THE COURT also finds that the ends of justice will be served by ordering a continuance

Order Continuing Trial Date - 1
*U.S. v. Boothe, et. al.*, CR14-042RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the Defendants in a speedy trial.

IT IS THEREFORE ORDERED that the trial date shall be continued from September 25, 2014, to January 12, 2015.  The period of time from the date of this Order until the new trial date of January 12, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Pretrial motions are due November 3, 2014, and the government shall have until November 17, 2014 to respond to any motions.

DONE this 10th day of July, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ Thomas M. Woods*
Thomas M. Woods
Assistant United States Attorney

*/s/ Michele Shaw*
Michele Shaw
Attorney for Jonathan Boothe

*/s/ Lee Edmond*
Lee Edmond
Attorney for Stephanie Baublits

Order Continuing Trial Date - 2
U.S. v. Boothe, et. al., CR14-042RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970